UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STEVEN CLARK,

                Plaintiff,

-against-

COUNTY OF NASSAU,

                Defendant.
------------------------------------------------------------x

CV 03 0540 (LDW)(WDW)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, counsel for the Defendant and counsel for the Plaintiff, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice, and without costs or attorney fees to either party as against the other.

Dated: Mineola, New York
        December 30, 2004

BAUMAN & KUNKIS, P.C.
Attorneys for Plaintiff
225 West 34th Street
New York, New York 10122

By: _____
   Brian J. O'Connor (BO 4656)
(212) 564-3555

LORNA B. GOODMAN
Nassau County Attorney
Attorney for Defendant
One West Street
Mineola, New York 11501

By: _____
Sara Wells (SW 8467)
Deputy County Attorney
(516) 571-3011

SO ORDERED:

_____
U.S.D.J.